**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00852-CV

### PAYSON PETROLEUM, INC., ET AL., Appellants

### V.

### J. MICHAEL WHEELER, ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06306**

## ORDER

We **GRANT** the August 5, 2014 motion of Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record **to the extent** that the reporter's record shall be filed **on or before SEPTEMBER 4, 2014**. *See* TEX. R. APP. P. 35.3(c).

/s/    ADA BROWN
          JUSTICE